DOC NO
REC'D/FILED

2022 JAN 26  PM 12: 05

PETER OPPENEER
CLERK US DISTRICT
WD OF WI

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | SEALED INDICTMENT |
| v. | Case No. 22 CR 015 WMC |
| NICHOLAS JAMES LINK, | 18 U.S.C. § 39A |
| Defendant. | |

THE GRAND JURY CHARGES:

<u>COUNT 1</u>

On or about October 29, 2021, in the Western District of Wisconsin, the

defendant,

NICHOLAS JAMES LINK,

knowingly aimed the beam of a laser pointer at an aircraft, namely, a Delta Airlines

commercial aircraft (tail number N346NB), and at the flight path of said aircraft,

which was an aircraft in the special aircraft jurisdiction of the United States.

(In violation of Title 18, Unites States Code, Section 39A).

<u>COUNT 2</u>

On or about October 29, 2021, in the Western District of Wisconsin, the

defendant,

NICHOLAS JAMES LINK,

knowingly aimed the beam of a laser pointer at a Minnesota State Patrol aircraft (tail

number N115SP), and at the flight path of said aircraft, which was an aircraft in the

special aircraft jurisdiction of the United States.

(In violation of Title 18, Unites States Code, Section 39A).

A TRUE BILL

_____

PRESIDING JUROR

Indictment returned: 01-26-2022

TIMOTHY M. O'SHEA
United States Attorney